**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACQUELYN A. DEARMORE**                                                                           **PLAINTIFF**

v.                                             **Case No. 4:20-cv-00188-KGB**

**CINDY GILLESPIE,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Before the Court is the proposed agreed motion to consolidate jointly filed by plaintiffs Ginger Elder and Jacquelyn Dearmore (collectively, "plaintiffs") and defendants Cindy Gillespie, Jerald Sharum, Richard Rosen, David Sterling, Craig Cloud, and Mark White (collectively, "defendants") on June 22, 2020 (Dkt. No. 30).  Ms. Elder filed a complaint against defendants on May 23, 2019, in a case styled *Elder v. Gillespie*, No. 3:19-CV-00155-KGB (E.D. Ark. May 29, 2020).  Ms. Dearmore then commenced this action on February 24, 2020 (Dkt. No. 1).  In the instant motion, the parties request that this case be consolidated with *Elder* (Dkt. No. 30, ¶¶ 5, 7–8).

For good cause shown, the Court grants the motion.  *Dearmore v. Gillespie*, No. 4:20-CV-00188-KGB, is consolidated with and into *Elder v. Gillespie*, No. 3:19-CV-00155-KGB, and the parties are directed to make all future filings only in *Elder*.  The Court denies as moot the pending motion to dismiss in this case (Dkt. No. 27).  Additionally, based on the parties' representations in the proposed agreed motion to consolidate, the Court sets the following deadlines:  (1) plaintiffs shall have until and including July 10, 2020, to file a unitary complaint; (2) defendants shall have until and including August 10, 2020, to file a motion to dismiss; (3) plaintiffs shall have until and including August 31, 2020, to respond to defendants' motion to dismiss; and (4) defendants shall have until and including September 14, 2020, to file a reply in support of their motion to dismiss.  The Court will enter an amended final scheduling order by separate order.

It is so ordered this 24th day of June, 2020.

_____
Kristine G. Baker
United States District Judge