IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GINGER P. ELDER, JACQUELYN
DEARMORE, and BENJAMIN TAYLOR                                    PLAINTIFFS

v.                          Case No. 3:19-cv-00155 KGB (Lead)
                            Case No. 4:20-cv-00188 KGB

CINDY GILLESPIE, Director, Arkansas
Department of Human Services in her
official and individual capacity, *et al.*                      DEFENDANTS

<u>ORDER</u>

Before the Court are the parties' joint notice to the Court and executed Settlement Agreement (Dkt. Nos. 77, 78).  By prior Order, the Court granted preliminary approval of a Settlement Agreement (Dkt. No. 75-1) entered into between the parties regarding the claims asserted in this action (Dkt. No. 76).  At the time the Court entered its Order granting preliminary approval of the Settlement Agreement, the parties' agreed procedure for finalizing settlement included seeking subsequent approval of the Settlement Agreement from the Arkansas Legislature (*Id.*, ¶¶ a–b).  The parties now state that defendants have determined it will not be necessary to obtain legislative approval prior to finalizing payment in this matter and that payment to plaintiffs is scheduled to be made on August 1, 2023 (Dkt. No. 77, ¶¶ 3–4).  The parties seek an Order from this Court providing final approval of the Settlement Agreement (*Id.*, ¶ 5).  Based on this request and the unobjected to representation of the parties to the Court regarding this matter, the Court hereby provides final approval of the Settlement Agreement entered into between the parties (Dkt. No. 75-1).  The parties are directed to file by August 31, 2023, their dismissal documents or another joint status report.

It is so ordered this 21st day of July, 2023.

Kristine G. Baker
United States District Judge