IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GINGER P. ELDER, JACQUELYN**
**DEARMORE, and BENJAMIN TAYLOR**                                               **PLAINTIFFS**

v.          Case No. 3:19-cv-00155 KGB (Lead)
            Case No. 4:20-cv-00188 KGB

**CINDY GILLESPIE, Director, Arkansas**
**Department of Human Services in her**
**official and individual capacity,** *et al.*                                  **DEFENDANTS**

## ORDER

Before the Court is the plaintiffs' motion to substitute party and to dismiss pursuant to settlement agreement (Dkt. No. 80). For good cause shown, the Court grants the motion (*Id.*).

The Court grants plaintiffs' motion to substitute party pursuant to Federal Rule of Civil Procedure 25(d). Kristi Putnam, in her official capacity as Arkansas Department of Human Services Secretary, is substituted for defendant Cindy Gillespie, in her official capacity.

The Court grants plaintiffs' motion to dismiss pursuant to settlement agreement. The Court dismisses the consolidated action with prejudice, including Case No. 3:19-cv-00155 KGB (Lead), and Case No. 4:20-cv-00188 KGB, with each side to abide by the terms of the Settlement Agreement previously reviewed and approved by the Court (Dkt. Nos. 75-76, 78-79). The Court retains jurisdiction for 24 months from the date of this Order to enforce the terms of the Settlement Agreement.

It is so ordered this 11th day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge